1 **JOEL D. LEIDNER**
*Attorney at Law*
2 CSBN# 52559
4622 Hollywood Boulevard
3 Los Angeles, Ca 90027
Telephone: (323) 664-5670
4 Fax: (323) 662-0840
Email: joel.leidner@igc.org
5

6 Attorney for Plaintiff
SHAHNAZ ARASTEH

7
ANDRÉ BIROTTE JR.
8 United States Attorney
LEON W. WEIDMAN
9 Assistant United States Attorney
Chief, Civil Division
10 JEFFREY T. CHEN
Assistant United States Attorney
11     Social Security Administration
    Office of the General Counsel Region IX
12     160 Spear Street, Suite 800
    San Francisco, California 94105
13     Telephone: (415)977-8939
    Facsimile: (415)744-0134
14     Email: Jeffrey.Chen@ssa.gov

15 Attorneys for Defendant

16
UNITED STATES DISTRICT COURT
17
CENTRAL DISTRICT OF CALIFORNIA
18

19

20

21 SHAHNAZ ARASTEH           ) Case No: CV 12-3453 ODW(DTB)
                                                    )
22           Plaintiff,                  )
                                                    )
23    v.                                   ) [~~PROPOSED~~] ORDER AWARDING
                                                    ) EQUAL ACCESS TO JUSTICE ACT
24 CAROLYN W. COLVIN,      ) ATTORNEY FEES AND COSTS
   Commissioner of                 ) PURSUANT TO 28 U.S.C. §§ 192**0**
25 Social Security,                   ) AND 2412(d)
                                                    )
26           Defendant.              )
                                                    )
27

28      Based upon the parties' Stipulation for the Award and Payment of Equal Access

to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's

-1-

1  assignee, shall be awarded attorney fees under EAJA in the amount of five thousand
2  one hundred dollars and zero cents ($5,100.00), as authorized by 28 U.S.C. §§ 1920
3  and 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: October 25, 2013

*[signature]*

_____
 DAVID T. BRISTOW
 United States Magistrate Judge